# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2173
Lower Tribunal No. 2008-CF-001995

_____

EMANUEL HUEY SPENCE, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Cassandra L. Denmark, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and SMITH, JJ., concur.


Emanuel Huey Spence, Jr., Madison, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED